UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY G. BAILEY (#297843)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NUMBER 08-70-RET-SCR

RULING

This matter is before the court on the petitioner's Motion to Vacate Judgment pursuant to Rule 60(b)(6). Record document number 15.

On August 20, 2008, a magistrate judge's report was submitted to the district judge recommending that the petitioner's application for habeas corpus relief be dismissed with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d). On September 8, 2008, the petitioner filed an objection to the report and recommendation. On September 17, 2008, the district judge adopted the magistrate judge's report and recommendation and judgment was entered dismissing the petitioner's application for habeas corpus relief as untimely.

On October 8, 2008, the petitioner filed a motion for extension of time to file a certificate of appealability ("COA"). Petitioner explained that he was experiencing logistic difficulties and required an extension of time to submit a COA. On October 27, 2008, the petitioner was granted until November 3, 2008 to file a

COA.  Petitioner did not file a notice of appeal or COA.

Petitioner signed his motion to vacate judgment on November 2, 2008, and it was filed on November 7, 2008.  Petitioner argued that the judgment should be vacated on the grounds that he is entitled to equitable tolling on his underlying federal habeas corpus application.

Petitioner previously raised his equitable tolling argument in his objection to the magistrate judge's report and recommendation.  Petitioner's equitable tolling argument was considered and rejected.

Petitioner has failed to satisfy the prerequisites necessary to be relieved from judgment.  Accordingly, the petitioner's motion for relief from judgment pursuant to Rule 60(b)(6) is denied.

Baton Rouge, Louisiana, November 17, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA